UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY R. DAVIS,        )<br>                                            )<br>            Plaintiff,         )<br>                                            )<br>v.                                         )<br>                                            )<br>                                            )<br>CAROLYN W. COLVIN,        )<br>Acting Commissioner of Social Security,  )<br>            Defendants.       ) | **JUDGMENT**<br>No. 2:15-CV-12-D |

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's objections to the M&R [D.E. 21] are OVERRULED, plaintiff's motion for judgment on the pleadings [D.E. 15] is DENIED, defendant's motion for judgment on the pleadings [D.E. 17] is GRANTED, defendant's final decision is AFFIRMED, and this action is DISMISSED. The clerk shall close the case.

**This Judgment Filed and Entered on January 27, 2016, and Copies To:**

Laurie Lynn Janus                (via CM/ECF electronic notification)

Lisa M Rayo                        (via CM/ECF electronic notification)

| | |
|---|---|
| DATE | **JULIE RICHARDS JOHNSTON, CLERK** |
| January 27, 2016 | By:   /s/ Nicole Briggeman   <br>         Deputy Clerk |